No. 80–1429. YOUNGBERG, SUPERINTENDENT, PENNHURST STATE SCHOOL AND HOSPITAL, ET AL. *v.* ROMEO, AN INCOMPETENT, BY HIS MOTHER AND NEXT FRIEND, ROMEO. C. A. 3d Cir. [Certiorari granted, 451 U. S. 982.] Motion of American Psychiatric Association for leave to participate in oral argument as *amicus curiae* and for additional time for argument denied. Motion of respondent for divided argument to permit *amicus curiae* American Psychological Association to present oral argument denied.

No. 80–1430. ENGLE, CORRECTIONAL SUPERINTENDENT *v.* ISAAC; PERINI, CORRECTIONAL SUPERINTENDENT *v.* BELL; and ENGLE, CORRECTIONAL SUPERINTENDENT *v.* HUGHES. C. A. 6th Cir. [Certiorari granted, 451 U. S. 906.] Motion of Institutional Legal Services Project for leave to file a brief as *amicus curiae* granted.

No. 80–1538. PLYLER, SUPERINTENDENT, TYLER INDEPENDENT SCHOOL DISTRICT, ET AL. *v.* DOE, GUARDIAN, ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 451 U. S. 968]; and

No. 80–1934. TEXAS ET AL. *v.* CERTAIN NAMED AND UNNAMED UNDOCUMENTED ALIEN CHILDREN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 452 U. S. 937.] Motion of National School Boards Association for leave to file a brief as *amicus curiae* in No. 80–1934 granted.

No. 80–1640. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* SHOLLY ET AL.; and

No. 80–1656. METROPOLITAN EDISON CO. ET AL. *v.* PEOPLE AGAINST NUCLEAR ENERGY ET AL. C. A. D. C. Cir. [Certiorari granted, 451 U. S. 1016.] Motion of Edison Electric Institute for leave to file a brief as *amicus curiae* granted. Motion of petitioners for divided argument granted.

No. 80–1765. AMERICAN SOCIETY OF MECHANICAL ENGINEERS, INC. *v.* HYDROLEVEL CORP. C. A. 2d Cir. [Certiorari granted, 452 U. S. 937.] Motion of Legal Foundation of America for leave to file a brief as *amicus curiae* granted.